UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE ALBERTO CAMPOS RODRIGUEZ,<br><br>  Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>  Respondents. | Case No. 3:15-cv-00288-MMD-VPC<br><br>ORDER |

Petitioner has submitted an application to proceed *in forma pauperis* (dkt. no. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court finds that petitioner is unable to pay the filing fee.

Petitioner is challenging his custody pursuant to two state-court judgments, case numbers CR13-1678 and RCR13-074305. Petitioner challenged the same judgments of conviction in *Rodriguez v. Baca*, Case No. 3:14-cv-00605-MMD-VPC. In that action, this Court denied the habeas corpus petition on the merits and denied a certificate of appealability. Petitioner did not appeal, and the Court's decision has become final.

The petition in this action is a second or successive petition as defined in 28 U.S.C. § 2244(b). Petitioner must first obtain authorization from the court of appeals before this Court can consider his petition. 28 U.S.C. § 2244(b)(3).

It is therefore ordered that the application to proceed *in forma pauperis* (dkt. no. 1) is granted. Petitioner need not pay the filing fee of five dollars ($5.00).

It is further ordered that the Clerk of the Court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

1    It is further ordered that the Clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk shall electronically serve respondents with a copy of the petition and a copy of this order. No response by respondents is necessary.

It is further ordered that, pursuant to Circuit Rule 22-3(a), the Clerk of the Court shall refer this action to the United States Court of Appeals for the Ninth Circuit.

It is further ordered that the Clerk of the Court shall administratively close this action.

DATED THIS 2nd day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2